HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY SPARKS,

    Plaintiff,

vs.

TEXTRON, INC.,

    Defendant.

NO. 2:19-cv-01269-BJR

STIPULATION AND ORDER AMENDING COMPLAINT

**STIPULATION**

The parties hereto, through their undersigned attorneys, stipulate that:

1. Plaintiff was employed from January 2016 until June 26, 2017 by Textron Ground Support Equipment Services, Inc. (formerly TUG Technologies Corporation).

2. The complaint is amended by substituting "Textron Ground Support Equipment Services, Inc. (formerly TUG Technologies Corporation)" for Textron Specialized Vehicles and/or Textron, Inc. wherever either appears.

3. Defendant agrees that service on Textron, Inc. shall be deemed service on Textron Ground Support Equipment Services, Inc. (formerly TUG Technologies Corporation).

4. Plaintiff agrees that defendant need not amend its answer.

STIPULATION AMENDING COMPLAINT - 1
Case No. 2:19-cv-01269-BJR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

Dated this 20th day of August 2019.

| FRANK FREED SUBIT & THOMAS LLP | SUMMIT LAW GROUP |
|---|---|
| By:_s/ Steven B. Frank_ <br> By:_s/ Anne E. Silver_ <br> Steven B. Frank, WSBA #4944 <br> Anne E. Silver, WSBA #51695 <br> 705 Second Avenue, Suite 1200 <br> Seattle, WA 98104 <br> P: 206-682-6711 <br> F: 206-682-0401 <br> sfrank@frankfreed.com <br> asilver@frankfreed.com <br> Attorneys for Plaintiff | By:__s/ Alexander A. Baehr_ <br> By:__s/ M. Quinn Oppenheim_ <br> Alexander A. Baehr, WSBA #25320 <br> M. Quinn Oppenheim, WSBA #45094 <br> 315 Fifth Avenue S., Suite 1000 <br> Seattle, WA 98104 <br> P: 206-676-7000 <br> F: 206-676-7001 <br> alexb@summitlaw.com <br> quinno@summitlaw.com <br> Attorneys for Defendant |

## ORDER

This matter comes before the court on a stipulation of the parties. Good cause having been shown IT IS HEREBY ORDERED that the Stipulation Amending Complaint is accepted.

Dated this 21st day of August 2019.

*[signature: Barbara J. Rothstein]*

The Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATION AMENDING COMPLAINT - 2
Case No. 2:19-cv-01269-BJR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such flng to the following counsel of record listed below:

Alexander A. Baehr
M. Quinn Oppenheim
Summit Law Group
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104

*Attorneys for Defendant*

                                         _s/ Jessica Pitre-Williams_____
                                         Jessica Pitre-Williams

STIPULATION AMENDING COMPLAINT - 3
Case No. 2:19-cv-01269-BJR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711